| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Juli E. Farris (SBN 141716)<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>jfarris@kellerrohrback.com<br><br>Attorneys for Plaintiffs<br>*Additional Counsel on Signature Page* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>        Plaintiffs,<br>    v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>        Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT;ORDER** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 28 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **March 22, 2010**. There have been no prior continuances of Defendant Eddy's responsive pleading deadline.

1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 19, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
    Juli E. Farris
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    jfarris@kellerrohrback.com

| KELLER ROHRBACK, P.L.C. | |
|---|---|
| Gary D. Greenwald | |
| Gary A. Gotto | YEZBAK LAW OFFICES |
| 3101 North Central Avenue, Suite 1400 | Charles P. Yezbak, III |
| Phoenix, Arizona 85012 | 2002 Richard Jones Road, Suite B-200 |
| Telephone: (602) 248-0088 | Nashville, Tennessee 37215 |
| Facsimile: (602) 248-2822 | Telephone: (615) 250-2000 |
| ggreenwald@krplc.com | Facsimile: (615) 250-2020 |
| ggotto@krplc.com | Yezbak@yezbaklaw.com |

Of Counsel

By: */s/ Robert Eddy (with consent)*
    Robert Eddy
    12168 Stallion Way
    Truckee, California 96161
    Pro Per

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **March 24, 2010**.

IT IS SO ORDERED.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com