| | |
|---|---|
| 1 | Juli E. Farris (SBN 141716) |
| 2 | KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200 |
| 3 | Seattle, Washington 98101<br>Telephone: (206) 623-1900 |
| 4 | Facsimile: (206) 623-3384<br>jfarris@kellerrohrback.com |
| 5 | |
| 6 | Attorneys for Plaintiffs<br>*Additional Counsel on Signature Page* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>Plaintiffs,<br>v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION AND [ORDER FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 18 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **April 9, 2010**. The Court previously approved an initial 28-day continuance (Dkt. 11).

1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 18, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
   Juli E. Farris
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
   jfarris@kellerrohrback.com

KELLER ROHRBACK, P.L.C.
Gary D. Greenwald
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@krplc.com
ggotto@krplc.com

YEZBAK LAW OFFICES
Charles P. Yezbak, III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
Yezbak@yezbaklaw.com

Of Counsel

By: */s/ Robert Eddy (with consent)*
    Robert Eddy
    12168 Stallion Way
    Truckee, California 96161
    Pro Per

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **April 9, 2010**.

IT IS SO ORDERED.


Dated:  March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **March 18, 2010, Stipulation and Proposed Order for Enlargement of Time for Robert Eddy to Respond to Complaint** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.

    Christopher J. Rillo
    Nicole S. Magaline
    Schiff Hardin LLP
    One Market Spear Street Tower
    Thirty-Second Floor
    San Francisco, California 94105
    Attorneys for Defendants
        Herbert C. Bruister, Jonda Henry, and Bruister Family LLC

By:   */s/ Juli E. Farris*

PDF created with pdfFactory trial version www.pdffactory.com