Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>Plaintiffs,<br>v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; ORDER** |

Pursuant to Eastern District Local Rule 6-144, Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Christopher Rillo of the law firm Schiff Hardin LLP, was recently appointed by an insurance carrier to represent Defendants Herbert C. Bruister and Bruister Family LLC as counsel in this litigation;

1

PDF created with pdfFactory trial version www.pdffactory.com

2. William B. Wahlheim, Jr. of the law firm Maynard Cooper & Gale PC, was recently appointed by an insurance carrier to represent Defendants Amy O. Smith and Jonda Henry as counsel in this litigation;

3. Mr. Rillo entered his appearance of record on March 15, 2010 (Dkt. 13);

4. Although Mr. Walheim signed the Stipulation filed with the Court at Dkt. 19, he technically has not entered his appearance of record;

5. Defendant Robert Eddy is presently appearing pro se;

6. As a result of their recent entry in this litigation and their inability to complete their investigation of the allegations of the Complaint, the parties have had insufficient time to confer as required by Fed.R.Civ.P. 26(f) and prepare their joint status report which includes a Rule 26(f) discovery plan;

7. Pursuant to a Stipulation and Order of this Court, the Defendants have been ordered to file their responsive pleadings to the Complaint no later than April 9, 2010 (Dkt. 19, 21); and

8. For good cause shown, the parties should be granted an extension until on or before April 16, 2010, to file their Joint Status Report as ordered by this Court (Dkt. 4).

As this is an extension of time from this Court's order issued January 27, 2010 (Dkt. 4), the parties request that this Court approve this extension by signing the Proposed Order attached, pursuant to Local Rule 6-144(a). There have been no prior requests for an extension from the Court's Order at Dkt. 4.

2
Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 23, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
    Juli E. Farris
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    jfarris@kellerrohrback.com

KELLER ROHRBACK, P.L.C.
Gary D. Greenwald
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@krplc.com
ggotto@krplc.com

YEZBAK LAW OFFICES
Charles P. Yezbak, III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
Yezbak@yezbaklaw.com

Of Counsel

SCHIFF HARDIN L.L.P.

By: */s/ Christopher J. Rillo (with consent)*
    Christopher J. Rillo
    Nicole S. Magaline
    One Market, Spear Street Tower
    Thirty-Second Floor
    San Francisco, California 94105
    Attorneys for Defendants
    Bruister and Bruister Family LLC

MAYNARD COOPER & GALES, P.C.

By: */s/ William B. Wahlheim (with consent)*
    William B. Wahlheim, Jr.
    John David Collins
    2400 Regions Herbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203
    Attorneys for Defendants
    Smith and Henry

By: */s/ Robert Eddy (with consent)*
    Robert Eddy
    12168 Stallion Way
    Truckee, California 96161
    Pro Se

3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that all parties shall file their Joint Status Report on or before **April 16, 2010**, in accordance with the instructions in the Order Requiring Joint Status Report at Dkt. 4.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com